IN THE SUPREME COURT OF THE STATE OF NEVADA

PATRICIA RICHARDSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND CRYSTAL L. ELLER,
Respondents,
    and
OSCAR ORELLANA; ELVIRA
ORELLANA; JOSE RODRIGUEZ;
INGRID AMAYA-FULTON;
CHRISTOPHER ORELLANA
RODRIGUEZ; INGRIS JANETH
ORELLANA; AND JOSE M.
ORELLANA,
Real Parties in Interest.

No. 85425

FILED

OCT 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges district court orders granting summary judgment against petitioner's civil conversion claim and barring petitioner from seeking certain damages or presenting evidence thereof.

This court has original jurisdiction to issue writs of mandamus, and the issuance of such extraordinary relief is solely within this court's discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioners bear the burden to show that extraordinary relief is warranted, and such relief is proper only when there is no plain, speedy, and adequate remedy at law. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). An appeal is generally an adequate remedy

22-32535

precluding writ relief. *Id.* at 224, 88 P.3d at 841. Even when an appeal is not immediately available because the challenged order is interlocutory in nature, the fact that the order may ultimately be challenged on appeal from a final judgment generally precludes writ relief. *Id.* at 225, 88 P.3d at 841.

Having considered the petition,[1] we are not persuaded that our extraordinary intervention is warranted. Among other reasons, petitioner has not demonstrated that an appeal from a final judgment below would not afford a plain, speedy, and adequate remedy. *See* NRS 34.170. Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

cc:   Hon. Crystal Eller, District Judge
      The Law Office of Vernon Nelson
      Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
      Eighth District Court Clerk

---

[1]Petitioner has filed a motion for permission to exceed type-volume limitation and page limitation for petition of writ of mandamus. The motion is granted. The petition was filed on September 29, 2022.

[2]Petitioner's emergency motion for stay under NRAP 27(e) is denied as moot.